IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| LORLYNE G. LANGE aka Lori Lange | CHAPTER 13 |
| Debtor | CASE NO.: 1:14-bk-05841 |
| DITECH FINANCIAL LLC | 11 U.S.C. 362 |
| Movant | |
| vs. | |
| LORLYNE G. LANGE aka Lori Lange | |
| Debtor/Respondent | |
| And | |
| CHARLES J. DEHART, III ESQUIRE | |
| TRUSTEE | |

**ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Lorlyne G. Lange (hereinafter "Debtor"), by and through her attorney, the Law Offices of John M. Hyams, and files this Answer to the Motion for Relief from the Automatic Stay, averring as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied.
8. Denied.
9. Admitted.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Creditor's Motion for Relief from the Automatic Stay and award such further relief as deemed necessary and proper.

Respectfully submitted,

LAW OFFICES OF JOHN M. HYAMS

Dated: September 26, 2017     By:    /s/   John M. Hyams
John M. Hyams
555 Gettysburg Pike, Suite C-402
Mechanicsburg, PA  17055
(717) 766-5300
Attorney for Debtor