# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lorlyne G. Lange aka Lori Lange<br>Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>Movant<br>vs.<br>Lorlyne G. Lange aka Lori Lange<br>Debtor(s) | NO. 1:14-bk-05841-RNO |
| Charles J. DeHart, III<br>Trustee | 11 U.S.C. Section 362 |

FILED HARRISBURG, PA 2017 SEP 29 AM 11:29 CLERK US. BANKRUPTCY COURT

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Ditech Financial LLC has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion, then on or before **September 26, 2017** you or your attorney must do all of the following:
    (a) file an answer explaining your position at:
    United States Bankruptcy Court
    Ronald Reagan Federal Building
    228 Walnut Street, Room 320
    Harrisburg, PA 17108

    *Answer Proofs attached All paid Lorlyne Lange*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b) mail a copy to the movant's attorney:
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    Suite 5000 - BNY Independence Center
    701 Market Street
    Philadelphia, PA 19106-1532

    *Answer Proofs attached All paid Lorlyne Lange*

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Robert N. Opel II, the United States Bankruptcy Judge, in Room 320 at the United States Bankruptcy Court, Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, PA 17108 on October 5, 2017, at 10am, or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

| Transaction Activity Since Last Statement | | Charges | Payments |
|---|---|---|---|
| Date | Description | $0.00 | $429.85 |
| 03/08/17 | Payments | | |

March

## Important Messages (More information on the Back)

THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE CURRENTLY IN BANKRUPTCY OR YOU DISCHARGED THIS DEBT IN BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS YOUR PERSONAL LIABILITY.

Your account representative is Kellix L at 1-800-643-0202, extension 50091.
**YOUR TOTAL INTEREST PAID IN 2016 WAS $1,549.41.**



| Transaction Activity Since Last Statement | | Charges | Payments |
|---|---|---|---|
| Date | Description | $0.00 | $429.85 |
| 04/03/17 | Payments | | |

April

| Transaction Activity Since Last Statement | | Charges | Payments |
|---|---|---|---|
| Date | Description | | |
| 04/12/16 | Payments | $0.00 | $429.85 |
| 04/02/16 | Payments | $0.00 | $429.85 |

May
June

Carlyne Lange

This notification is to confirm your authorization provided on 8/11/2017 to initiate a one-time electronic debit from the bank account specified. The payment amount includes a $10.00 electronic payment fee charged by Paymentus.

The details you provided in your authorization are as follows:

Bank Name: PNC BANK OHIO
Bank Account: XXXXXX2396
Payment Amount: $859.70
Payment Date: 8/11/2017

July, August

Please retain this letter for your records.

If you have any questions please contact us at 1-800-643-0202

Sincerely,

Ditech

Monday - Friday, 7:00 a.m. - 8:00 p.m. — Saturday, 7:00 a.m. - 1:00 p.m. CT


**ditech.**
PO Box 6172, Rapid City, SD 57709-6172

Statement Date    Due Date
08/14/2017     09/01/2017

1-776-09722-0014979-002-1-001-000-000-000
LORLYNE G LANGE
PO BOX 260
CORNWALL PA 17016-0260

 Call 1-800-643-0202
Monday - Friday, 7a.m. - 8 p.m. CST
Saturday, 7a.m. - 1 p.m. CST

| Account Information | Past Payments Breakdown | Explanation of Amount Due |
|---|---|---|
| Loan Number 0004037743 | | |

---

**NORTHWEST SAVINGS BANK**
"WHERE PEOPLE MAKE THE DIFFERENCE"
AGENT FOR MONEYGRAM

PERSONAL MONEY ORDER    600170691
49-55 / 1031

09/25/2017

Pay to the order of   DITECH     $5,637.20

Five Thousand Six Hundred Thirty Seven AND 20/100 DOLLARS

LORLYNE LANGE
SENDER INFORMATION - NAME (PRINT)
422 S. 15th St. Lebanon Pa 17042
ADDRESS

PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

*Lorlyne Lange*
Purchaser, Signer For Drawer

**NOT GOOD FOR MORE THAN $10,000.00**
DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC., P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: BOKF, NA, EUFAULA, OK

⑆600170691⑆ ⑈103100551⑈ 01707 123546 50⑆

*Lorlyne Lange*

| Date | Description | Amount | |
|---|---|---|---|
| 08/07/17 | Village Tax Disb | $2,036.45 | $0.00 |
| 08/07/17 | HOA | $118.57 | $0.00 |
| 08/07/17 | Other Tax Disb | $2,513.81 | $0.00 |
| 08/07/17 | Other Tax Disb | $968.37 | $0.00 |

Total $5637.20

---

THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE CURRENTLY IN BANKRUPTCY OR YOU DISCHARGED THIS DEBT IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS YOUR PERSONAL LIABILITY.

Your account representative is Kellix L at 1-800-643-0202, extension 50091.

Taxes are my responsibility as per my contract. Thanks for paying. However this is a check to reimburse you for paying them in advance. Lori Lange