# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     LORLYNE G. LANGE
            AKA: LORI LANGE                         CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant
                                                     CASE NO:   1-14-05841-HWV

LORLYNE G. LANGE
AKA: LORI LANGE

        Respondent(s)

## **CERTIFICATION OF DEFAULT**

        AND NOW on March 14, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

        As of March 14, 2019, the Debtor(s) is/are $2420.19 in arrears with a plan payment having last been made on Dec 14, 2018

        In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                                  Respectfully Submitted,
                                                                  /s/  Liz Joyce
                                                                  for Charles J. DeHart, III, Trustee
                                                                  8125 Adams Drive, Suite A
                                                                  Hummelstown, PA  17036
                                                                  Phone:  (717) 566-6097

Dated: March 14, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     LORLYNE G. LANGE
             AKA: LORI LANGE              CHAPTER 13

       Debtor(s)

       CHARLES J. DEHART, III
       CHAPTER 13 TRUSTEE
         Movant

                                     CASE NO:    1-14-05841-HWV

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 14, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

JOHN M HYAMS ESQUIRE                    SERVED ELECTRONICALLY
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA 17102-

LORLYNE G. LANGE
422 S. 15TH STREET                                     SERVED BY 1ST CLASS MAIL
LEBANON, PA 17042

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101                                     SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2019                           Respectfully submitted,
                                                          Liz Joyce
                                                          for Charles J. DeHart, III, Trustee
                                                          Suite A, 8125 Adams Dr.
                                                          Hummelstown, PA 17036
                                                          Phone: (717) 566-6097
                                                          eMail: dehartstaff@pamd13trustee.com