```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 14-05841-HWV
Lorlyne G. Lange                                                         Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson               Page 1 of 2           Date Rcvd: Mar 15, 2019
                               Form ID: pdf010             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db             +Lorlyne G. Lange,    422 S. 15th Street,    Lebanon, PA 17042-6515
4586331        +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 1190,
                 Harrisburg, Pennsylvania 17101-1722
4586333        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4586335        +CITIMORTGAGE,    PO BOX 6243,    SIOUX FALLS, SD 57117-6243
4614695         CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
4615340        +Fulton Financial Advisors,    555 Willow Street,    P.O. Box 1285,    Lebanon, PA 17042-1285
4586339        +Keystone Collections Group,    PO Box 506,    Irwin, PA 15642-0506
4653426        +Lebanon City,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                 Irwin, PA 15642-7539
4653425        +Lebanon School District (Lebanon City),    Keystone Collections Group,
                 c/o Krazenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
4615687         Navient Solutions, Inc on Behalf of the,    Department of Education,    Navient Solutions, Inc,
                 Department of Education Loan Services,    P O Box 9635,    Wilkes-Barre, PA 18773-9635
4586340        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4586343         PA Department of Revenue,    1 Revenue Place,    Harrisburg, Pennsylvania 17129-0001
4586345        +Reilly, Wolfson, Sheffey, Schrum and Lun,    Attn: Attorney Magdalene Zeppos,
                 1601 Cornwall Road,    Lebanon, PA 17042-7406
4880385        +Roberta Singer C/o Robin E Thomas POA,    138 Crestwood Road,    Landenberg PA 19350-9132
4586346        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4586347         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4605121         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 15 2019 19:18:44
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
4586332        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 15 2019 19:06:48     Asset Acceptance,
                 P.O. Box 2036,    Warren, Michigan 48090-2036
4586334        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 15 2019 19:08:05     CAPITAL ONE,
                 PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4588357        +E-mail/Text: bankruptcy@cavps.com Mar 15 2019 19:06:55     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4586336        +E-mail/PDF: pa_dc_ed@navient.com Mar 15 2019 19:08:06     DEPARTMENT OF EDUCATION/NAVI,
                 PO BOX 9635,    WILKES BARRE, PA 18773-9635
4849424         E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 19:06:40     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
4849425         E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 19:06:40     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Ditech Financial LLC,    P.O. Box 6154,
                 Rapid City, SD 57709-6154
4586337        +E-mail/Text: bknotice@ercbpo.com Mar 15 2019 19:06:52     Enhance Recovery,    PO Box 57547,
                 Jacksonville, Florida 32241-7547
4586338         E-mail/Text: cio.bncmail@irs.gov Mar 15 2019 19:06:35     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4586341        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Mar 15 2019 19:06:49     Office of the U.S. Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
4586342         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 19:06:44     PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4586344         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 19:07:56
                 Portfolio Recovery,    120 Corporate Blvd., Suite 100,    Norfolk, Virginia 23502
4586349        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 15 2019 19:06:23
                 VERIZON,    500 TECHNOLOGY DR,    SUITE 300,    WELDON SPRING, MO 63304-2225
4586348        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 15 2019 19:06:23
                 VERIZON,    NATIONAL RECOVERY,    P.O. BOX 26055,    MINNEAPOLIS, MN 55426-0055
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ditech Financial LLC,    PO BOX 6154,    RAPID CITY, SD 57709-6154
4880386*       +Roberta Singer C/o Robin E Thomas POA,    138 Crestwood Road,    Landenberg PA 19350-9132
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              John Matthew Hyams     on behalf of Debtor 1 Lorlyne G. Lange jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Paul C Bametzreider    on behalf of Creditor    Fulton Financial Advisors as Successor in Interest
               to Farmers Bank Trust and Leonard H. Schott, Trustees for the Edwin P. Trautman Trust
               paulb@reillywolfson.com,  edonohue@reillywolfson.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| LORLYNE G. LANGE<br>AKA: LORI LANGE | | |
|---|---|---|
| | Chapter: | 13 |
| **Debtor 1** | Case No.: | 1-14-bk-05841-HWV |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>vs.  **Movant(s)** | | |
| LORLYNE G. LANGE<br>AKA: LORI LANGE | | |
| **Respondent(s)** | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 15, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)